**1029  RICE vs. AUDITOR GENERAL, 30 M., 12.**

To compel respondent to refund the purchase money, with interest, paid by relator as purchaser at the tax sale of certain lands in Monroe County, for taxes of 1867, the tax title having been held void for illegality in certain ditch taxes, by the Circuit Court for Monroe County.

Denied July 15, 1874.

**1030  SMITH vs. AUDITOR GENERAL, No. 16274½.**

To compel respondent to issue a deed to relator of certain land which the State had bid in upon sale for delinquent taxes.

Order to show cause denied April 27, 1897.

Relator had applied by mail enclosing a certain sum which was insufficient to cover tax, costs, interest and charges.

Its receipt was acknowledged and the shortage called to relator's attention.    Relator afterwards remitted the amount, but in the meantime another applicant had paid in the full amount and received a deed.

**1031  SWEET vs. AUDITOR GENERAL, 3 M., 427.**

To compel respondent to convey to relator certain lands sold at tax sale for delinquent taxes for the year 1844.

Denied 1854.

Held, that the Laws of 1843, Sec. 69, p. 81, authorizes the auditor general to withhold a conveyance after a sale in certain cases; that the act conferred upon him judicial power, into the proper exercise of which the court cannot inquire in proceedings of this nature; that mandamus would only be granted to compel the performance of a ministerial act not dependent upon the exercise of judicial discretion, in the absence of an effectual legal remedy; that whether the deed was properly withheld is not a subject of inquiry, and if the party is dissatisfied his remedy is by certiorari.